

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MEF | *271 Cadman Plaza East* |
| F. #2018R02226 | *Brooklyn, New York 11201* |

January 3, 2019

<u>By E-mail</u>

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>  Re: In the Matter of the Search of the Premises Known and Described as 1405 East 54th Street, Brooklyn, New York 11234
> <u>Docket No. 18-M-1097</u>

Dear Judge Kuo:

      The government respectfully submits this letter to request that the Court order that the search warrant and underlying affidavit in the above-captioned matter in the above-captioned matter be unsealed.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/
Megan E. Farrell
Assistant U.S. Attorney
(718) 254-6448

Enclosure

cc:    Clerk of Court (by Email)

MEF
F.# 2018R02226

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF THE SEARCH
OF: THE PREMISES KNOWN
AND DESCRIBED AS 1405 EAST
54TH STREET, BROOKLYN,
NEW YORK 11234

P R O P O S E D   O R D E R

No. 18 M 1097

- - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Megan E. Farrell, for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

WHEREFORE, it is ordered that the search warrant and underlying affidavit in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
       January 3, 2019

_____
HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK